AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Andrew Wrigley<br>DOB: XXXXXXXX<br><br>*Defendant(s)* | Case: 1:21-mj-00026<br>Assigned To : Faruqui, Zia M.<br>Assign. Date : 1/11/2021<br>Description: Complaint w/ Arrest Warrant |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 6, 2021  in the county of _____ in the _____ District of  Columbia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1752 (a)(1) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority |
| 40 U.S.C. 5104(e)(2)(D) & (G) | Violent Entry and Disorderly Conduct on Capitol Grounds |

This criminal complaint is based on these facts:

See attached statement of facts.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Thomas Andriko, Special agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date:  01/11/2021

_____
*Judge's signature*

City and state:  Washington D.C.    ZIA M. FARUQUI, U.S. Magistrate Judge
*Printed name and title*