Case: 1:21-mj-00026
Assigned To : Faruqui, Zia M.
Assign. Date : 1/11/2021
Description: Complaint w/ Arrest Warrant

**STATEMENT OF FACTS**

Your affiant, Special Agent Thomas Andriko is a special agent with the United States Capitol Police. Specifically, I am assigned to the Investigations Division Threat Assessment Section, tasked in part with investigating criminal activity in and around the Capitol grounds. As part of my duties I have been tasked with investigating the incidents occurring at the United States Capitol on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws. The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Vice President Mike Pence was present and presiding in the Senate Chamber.

With the joint session underway and with Vice President Mike Pence presiding, a large crowd gathered outside the U.S. Capitol. Temporary and permanent barricades surround the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside. At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the building. At such time, the joint session was still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows. Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

On January 8, 2021, your affiant received information from the Federal Bureau of Investigation (FBI) Washington Field Office Intelligence Operations Center with screen shots of

posts from the Facebook account belonging to Andrew Wrigley.  The Facebook page is titled Andrew Wrigley and contains multiple photographs of the defendant – one of which was compared to the defendant's photograph from the Pennsylvania Department of Motor Vehicles, seen below, and confirms the identity of the defendant, Andrew Wrigley.



A screenshot from Andrew Wrigley's Facebook page show multiple photographs and videos posted to the page depicting Andrew Wrigley and others standing within, and moving with, an assemblage or procession of persons on the United States Capitol Grounds on January 6, 2021. The screenshots below of Andrew Wrigley's posts on Facebook include the following headings: "At the protest in DC at the capitol building #stopthesteal" and "At the protest in DC. I went inside the capitol building and got tear gassed."  On January 8, 2021, your affiant attempted to review the Facebook page for Andrew Wrigley and found that the account had been deleted.



# Andrew Wrigley

Message

🕐 Joined November 2008

••• See Andrew's About Info



Andrew Wrigley is in Washington DC.
40m · 🌐

At the protest in DC. I went inside the capitol building and got tear gassed



😮 2                                      9 Comments

Andrew Wrigley is in Washington DC.
39m · 🌐

At the protest in DC at the capitol building #stopthesteal



👍 1                                      2 Shares

👍 Like        💬 Comment        ↪ Share

Andrew Wrigley is in Washington DC.
40m · 🌐

At the protest in DC. I went inside the capitol building and got tear gassed

😮 2                                      9 Comments

👍 Like        💬 Comment        ↪ Share



Another photograph from Andrew Wrigley's Facebook page, seen below, is one Andrew Wrigley took of himself, often referred to as a selfie, while he was located within the U.S. Capitol Building.  Your affiant went to the U.S. Capitol Building, specifically the Upper West Terrace door, and confirmed that Andrew Wrigley, as depicted in this selfie photograph below, was inside the U.S. Capitol building on January 6, 2021.



In a separate photo posted on Andrew Wrigley's page from January 6, 2021, seen below, there appears to be a photo of Andrew Wrigley without his face-obstructed holding a flag wearing a similar colored hat and jacket as depicted in the photograph in the bottom right corner of the left column of the screenshot of the Facebook page above.



Based on the foregoing, your affiant submits that there is probable cause to believe that Andrew Wrigley violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do so; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that Andrew Wrigley violated 40 U.S.C. § 5104(e)(2)(D) & (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

_____
Special Agent Thomas Andriko
United States Capitol Police

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 11th day of January 2021.


_____
ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE