AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-mj-00026 |
| Andrew Wrigley | ) Assigned To : Faruqui, Zia M. |
| | ) Assign. Date : 1/11/2021 |
| | ) Description: Complaint w/ Arrest Warrant |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Andrew Wrigley ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. 5104(e)(2)(D) & (G) - Violent Entry and Disorderly Conduct on Capitol Grounds

Date:  01/11/2021

2021.01.11 17:50:02 -05'00'

*Issuing officer's signature*

City and state:  Washington, DC

ZIA M. FARUQUI, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/13/2021, and the person was arrested on *(date)* 1/15/2021
at *(city and state)*  JIM THORPE, PA

Date:  1/15/2021

*Arresting officer's signature*

DUSM R. LENAHAN
*Printed name and title*